UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUWEIYA ABDIAZIZ ALI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0135JLR <br><br> ORDER REGARDING THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

Before the court is Plaintiffs' motion seeking to synchronize the briefing schedule on their motion for a preliminary injunction (PI Mot. (Dkt. # 9)) with the briefing schedule on a motion for a preliminary injunction in *Washington v. Trump*, No. C17-0141JLR (W.D. Wash.).  (Mot. (Dkt. # 31).)  On February 13, 2017, the court entered an order in *Washington v. Trump*, indicating that because the Ninth Circuit Court of Appeals had construed the court's TRO as a preliminary injunction, the district court would not entertain any further briefing on a motion for preliminary injunction in that case.  *See Washington v. Trump*, No. C17-0141JLR (W.D. Wash.), Dkt.  ## 77 (Min.

ORDER - 1

1  Entry), 78 (2/14/17 Order).  Accordingly, the court DENIES Plaintiffs' motion (Dkt.

2  # 31) and ORDERS the parties to proceed with briefing Plaintiffs' motion for a

3  preliminary injunction in accordance with the Federal Rules of Civil Procedure and this

4  court's Local Civil Rules.  *See* Fed. R. Civ. P. 65; Local Rules W.D. Wash. LCR 7(d)(3)

5  ("Motions . . . seeking a preliminary injunction . . . shall be noted for consideration on a

6  date no earlier than the fourth Friday after filing and service of the motion.").

   Dated this 14th day of February, 2017.

JAMES L. ROBART
United States District Judge