UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUWEIYA ABDIAZIZ ALI, et al., | CASE NO. C17-0135JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court schedules a telephone conference on Monday, March 13, 2017, at 9:00 a.m., PDT, regarding a schedule for Defendants' response to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("the motion") (Dkt.

//

//

//

MINUTE ORDER - 1

1 | # 53) and a hearing on the motion. The telephone conference will be conducted before

2 | the Honorable James L. Robart in Courtroom 14106.

3 |     Filed and entered this 10th day of March, 2017.

                              WILLIAM M. MCCOOL
                              Clerk of Court

                              s/ Ashleigh Drecktrah
                              Deputy Clerk

MINUTE ORDER - 2