1                                   Honorable James L. Robart

2

3

4

5

6              UNITED STATES DISTRICT COURT

7     FOR THE WESTERN DISTRICT OF WASHINGTON
                  AT SEATTLE

8   Case No.: 2:17-cv-00135-JLR

9   Juweiya Abdiaziz ALI; A.F.A., a minor;
10  Reema Khaled DAHMAN; G.E., a minor;   DECLARATION OF KRISTIN
    Jaffer Akhlaq HUSSAIN; Seyedehfatemeh   MACLEOD-BALL IN SUPPORT OF
11  HAMEDANI; Olad Issa OMAR; Faduma   PLAINTIFFS' EMERGENCY MOTION
    Olad ISSA; F.O.I., a minor; and S.O.I., a   FOR TEMPORARY RESTRAINING
12  minor; on behalf of themselves as individuals   ORDER AND PRELIMINARY
    and on behalf of others similarly situated,   INJUNCTION
13
14                     Plaintiffs,
15        v.
16  Donald TRUMP, President of the United States
    of America; Jefferson B. SESSIONS, Attorney
17  General of the United States; U.S.
    DEPARTMENT OF STATE; Rex W.
18  TILLERSON, Secretary of State; U.S.
    DEPARTMENT OF HOMELAND
19  SECURITY; John F. KELLY, Secretary of
    Homeland Security; U.S. CITIZENSHIP AND
20  IMMIGRATION SERVICES; Lori
    SCIALABBA, Acting Director of USCIS;
21  CUSTOMS AND BORDER PROTECTION;
    Kevin K. McALEENAN, Acting
22  Commissioner of CBP; OFFICE OF THE
    DIRECTOR OF NATIONAL
23  INTELLIGENCE; Michael DEMPSEY,
24  Acting Director of National Intelligence,

25
26           Defendants.

27

28

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

I, Kristin Macleod-Ball, declare as follows:

1)   I am counsel of record for Plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction.

2)   I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify completely as set forth below.

3)   Where the following exhibits include portions of online comment sections, I have redacted obscenities appearing in the comment sections.

4)   Attached as Exhibit A is a true and correct copy of a printout from the www.donaldjtrump.com website, entitled "Donald J. Trump Statement on Preventing Muslim Immigration," December 7, 2015. I accessed the statement on March 13, 2017 at https://www.donaldjtrump.com/press-releases/donald-j.-trump-statement-on-preventing-muslim-immigration.

5)   Attached as Exhibit B is a true and correct copy of a tweet of Defendant Donald J. Trump (@realDonaldTrump), published on Twitter, December 10, 2015.  I accessed the tweet on March 13, 2017 at https://twitter.com/realdonaldtrump/status/674934005725331456.

6)    Attached as Exhibit C is a true and correct copy of an article from Politico by Nick Gass entitled "Trump Not Bothered by Comparisons to Hitler," December 8, 2015. I accessed the article on March 13, 2017 at http://www.politico.com/trump-muslims-shutdown-hitler-comparison.

7)    Attached as Exhibit D is a true and correct copy of an article from CNN by Theodore Schleifer, entitled "Donald Trump: 'I think Islam hates us,'" March 10, 2016. I accessed the article on March 13, 2017 at http://www.cnn.com/2016/03/09/politics/donald-trump-islam-hates-us/.

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                    1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

8)   Attached as Exhibit E is a true and correct copy of a tweet of Defendant Donald J. Trump (@realDonaldTrump), published on Twitter, March 22, 2016. I accessed the tweet on March 13, 2017 at https://twitter.com/realdonaldtrump/status/712473816614772736.

9)    Attached as Exhibit F is a true and correct copy of a printout of the transcript of a June 13, 2016 speech of Defendant Donald Trump, entitled "Donald J. Trump Addresses Terrorism, Immigration, and National Security." I accessed the transcript on March 13, 2017 at https://www.donaldjtrump.com/press-releases/donald-j.-trump-addresses-terrorism-immigration-and-national-security.

10) Attached as Exhibit G is a true and correct copy of a tweet of Defendant Donald J. Trump (@realDonaldTrump), published on Twitter, July 25, 2016. I accessed the tweet on March 13, 2017 at https://twitter.com/realdonaldtrump/status/758872422028148740.

11) Attached as Exhibit H is a true and correct copy of a printout of a page from the Terrorism Awareness Project website from February 3, 2007, as archived on www.archive.org. I accessed the page on March 13, 2017 at

https://web.archive.org/web/20070203001212/http://www.terrorismawareness.org/about/3/about-the-project?pg=2.

12) Attached as Exhibit I is a true and correct copy of an article from CNN by Andrew Kaczynski and Chris Massie, entitled "In College, Trump Aide Stephen Miller Led Controversial 'Terrorism Awareness Project' Warning of 'Islamofascism,'" February 15, 2017. I accessed the article on March 13, 2017 at available at http://www.cnn.com/2017/02/15/politics/kfile-stephen-miller-terrorism-awareness.

13) Attached as Exhibit J is a true and correct copy of an article from CNN by Andrew Kaczynski, entitled "Steve Bannon in 2010: 'Islam is not a religion of peace. Islam is a religion of submission,'" January 31, 2017. I accessed the article on March 13, 2017 at http://www.cnn.com/2017/01/31/politics/kfile-bannon-on-islam/.

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                    2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

14) Attached as Exhibit K is a true and correct copy of an article from the New York Times by Scott Shane, entitled "Stephen Bannon in 2014: We Are at War with Radical Islam," February 1, 2017. I accessed the article on March 13, 2017 at

https://www.nytimes.com/interactive/2017/02/01/us/stephen-bannon-war-with-radical-islam.html.

15) Attached as Exhibit L is a true and correct copy of an article from Newsweek by Reuters, entitled "Bannon Driving Force Behind Trump's Hardline Immigration Ban, Officials Say," January 30, 2017. I accessed the article on March 13, 2017 at

http://www.newsweek.com/donald-trump-steve-bannon-immigration-ban-immigration-muslim-550415.

16) Attached as Exhibit M is a true and correct copy of an article from CNN by Dan Merica, entitled "Trump Signs Executive Order to Keep Out 'Radical Islamic Terrorists,'" January 30, 2017. I accessed the article on March 13, 2017 at

http://www.cnn.com/2017/01/27/politics/trump-plans-to-sign-executive-action-on-refugees-extreme-vetting/.

17) Attached as Exhibit N is a true and correct copy of an article from CBN News by David Brody, entitled "Brody File Exclusive: President Trump Says Persecuted Christians Will Be Given Priority As Refugees," January 27, 2017. I accessed the article on March 13, 2017 at

http://www1.cbn.com/thebrodyfile/archive/2017/01/27/brody-file-exclusive-president-trump-says-persecuted-christians-will-be-given-priority-as-refugees.

18)  Attached as Exhibit O is a true and correct copy of an article from the New York Times by Michael D. Shear and Helene Cooper, entitled "Trump Bars Refugees and Citizens of 7 Muslim Countries," January 27, 2017. I accessed the article on March 13, 2017 at

https://www.nytimes.com/2017/01/27/us/politics/trump-syrian-refugees.html.

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                    3

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

19) Attached as Exhibit P is a true and correct copy of a tweet of Defendant Donald J. Trump (@realDonaldTrump), published on Twitter, January 29, 2017. I accessed the tweet on March 13, 2017 at https://twitter.com/realDonaldTrump/status/825721153142521858.

20) Attached as Exhibit Q is a true and correct copy of an article from the Washington Post by Amy B. Wang, entitled "Trump Asked for a 'Muslim ban,' Giuliani Says—And Ordered a Commission to Do It 'legally,'" January 29, 2017. I accessed the article on March 13, 2017 at https://www.washingtonpost.com/news/the-fix/wp/2017/01/29/trump-asked-for-a-muslim-ban-giuliani-says-and-ordered-a-commission-to-do-it-legally/?utm_term=.2cd663c28df1.

21) Attached as Exhibit R is a true and correct copy of an article from CBS News by Rebecca Shabad, entitled "Donald Trump Says He's Expanding His Muslim Ban," July 25, 2016. I accessed the article on March 13, 2017 at http://www.cbsnews.com/news/donald-trump-says-hes-expanding-muslim-ban.

22) Attached as Exhibit S is a true and correct copy of an article from Reuters by Mica Rosenberg and Lesley Wroughton, entitled "Trump's Travel Ban Has Revoked 60,000 Visas for Now," February 3, 2017. I accessed the article on March 13, 2017 at http://www.reuters.com/article/us-usa-immigration-visas-idUSKBN15I2EW.

23) Attached as Exhibit T is a true and correct copy of a tweet of Defendant Donald J. Trump (@realDonaldTrump), published on Twitter, February 6, 2017. I accessed the tweet on March 13, 2017 at https://twitter.com/realdonaldtrump/status/828797801630937089.

24) Attached as Exhibit U is a true and correct copy of an article from the Associated Press by Vivian Salama and Alicia A. Caldwell, entitled "AP Exclusive: DHS Report Disputes Threat from Banned Nations," February 24, 2017. I accessed the article on March 13, 2017 at http://bigstory.ap.org/article/39f1f8e4ceed4a30a4570f693291c866/dhs-intel-report-disputes-threat-posed-travel-ban-nations.

25) Attached as Exhibit V is a true and correct copy of a printout of the transcript of a February 16, 2017 news conference of Defendant Donald Trump. I accessed the transcript on

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                    4

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

March 13, 2017 at https://www.nytimes.com/2017/02/16/us/politics/donald-trump-press-conference-transcript.html.

26) Attached as Exhibit W is a true and correct copy of an article from Bloomberg by Jennifer Jacobs, entitled "Trump Delaying Revamped Immigration Order until Next Week, Official Says," February 22, 2017. I accessed the article on March 13, 2017 at https://www.bloomberg.com/politics/articles/2017-02-22/trump-said-to-delay-revamped-immigration-order-until-next-week.

27) Attached as Exhibit X is a true and correct copy of a printout of the transcript of a February 18, 2017 speech by Defendant, entitled "Remarks at Rally in Melbourne, Florida." I accessed the transcript on March 13, 2017 at http://www.palmbeachpost.com/news/national/read-full-transcript-trump-rally-speech-florida/DeDCpoNEKLQmWcIKndWB0M/.

28) Attached as Exhibit Y is a true and correct copy of a printout of the transcript of a February 23, 2017 White House Press Briefing by Press Secretary Sean Spicer. I accessed the transcript on March 13, 2017 https://www.whitehouse.gov/the-press-office/2017/02/23/press-briefing-press-secretary-sean-spicer-2232017-15.

29) Attached as Exhibit Z is a true and correct copy of a printout of the transcript of a February 21, 2017 White House Press Briefing by Press Secretary Sean Spicer. I accessed the transcript on March 13, 2017 https://www.whitehouse.gov/the-press-office/2017/02/21/press-briefing-press-secretary-sean-spicer-2212017-13.

30) Attached as Exhibit AA is a true and correct copy of a printout of the transcript of a February 22, 2017 White House Press Briefing by Press Secretary Sean Spicer. I accessed the transcript on March 13, 2017 at https://www.whitehouse.gov/the-press-office/2017/02/22/press-briefing-press-secretary-sean-spicer-2222017-14.

31) Attached as Exhibit BB is a true and correct copy of a printout of a "rush transcript" of a February 21, 2017 Fox News television broadcast, entitled "The First 100 Days." I accessed

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR

5

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

the transcript on March 10, 2017 at http://www.foxnews.com/transcript/2017/02/21/miller-new-order-will-be-responsive-tojudicial-ruling-rep-ron-desantis.

32) Attached as Exhibit CC is a true and correct copy of a printout of the transcript of a March 6, 2017 White House Press Gaggle by Press Secretary Sean Spicer. I accessed the transcript on March 13, 2017 at https://www.whitehouse.gov/the-press-office/2017/03/06/press-gaggle-press-secretary-sean-spicer.

33) Attached as Exhibit DD is a true and correct copy of a tweet of Donald Trump (@realDonaldTrump), published on Twitter, January 30, 2017. I accessed the tweet on March 13, 2017 at https://twitter.com/realDonaldTrump/status/826060143825666051.

34) Attached as Exhibit EE is a true and correct copy of an article from ABC NEWS by Riley Beggin, entitled "Protesters Caused 'Only Disruption' Surrounding Immigration Order: White House Advisor," February 2, 2017.  I accessed the article on March 13, 2017 at http://abcnews.go.com/Politics/protesters-caused-disruption-surrounding-immigration-order-white-house/story?id=45233560.

35) Attached as Exhibit FF is a true and correct copy of a tweet by Donald Trump (@realDonaldTrump), published on Twitter, February 4, 2017. I accessed the tweet on March 13, 2017 at https://twitter.com/realdonaldtrump/status/827996357252243456.

36) Attached as Exhibit GG is a true and correct copy of an article from the BOSTON GLOBE by Matt Zapotosky, "John Kelly testifies travel ban should have been delayed," February 7, 2017. I accessed the article on March 13, 2017 at https://www.bostonglobe.com/news/nation/2017/02/07/john-kelly-testifies-there-are-plans-add-nations-travel-ban/vArt8PFWA8TYWdRtgjTeUN/story.html.

37) Attached as Exhibit HH is a true and correct copy of any article from the GUARDIAN by Julia Carrie Wong, entitled "Trump to sign new immigration policy after multiple court defeats of travel ban," February 16, 2017. I accessed the article on March 13, 2017 at

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                                    6

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

https://www.theguardian.com/us-news/2017/feb/16/trump-travel-ban-replacement-us-immigration.

38) Attached as Exhibit II is a true and correct copy of an article from CNN by Laura Jarrett et al., entitled "Trump delays new travel ban after well-reviewed speech," March 1, 2017. I accessed the article on March 13, 2017 at http://www.cnn.com/2017/02/28/politics/trump-travel-ban-visa-holders/.

39) Attached as Exhibit JJ is a true and correct copy of an article from THE OREGONIAN by Lynne Terry, entitled "Family of Portland's bomb suspect, Mohamed Mohamud, fled chaos in Somalia for new life in America," December 4, 2010. I accessed the article on March 13, 2017 at http://www.oregonlive.com/portland/index.ssf/2010/12/suspect_in_portland_bomb_plot.html.

40) Attached as Exhibit KK is a true and correct copy of a printout from the Department of Homeland Security website, entitled "Q&A: Protecting the Nation From Foreign Terrorist Entry Into The United States," March 6, 2017. I accessed the Q&A on March 13, 2017 ay https://www.dhs.gov/news/2017/03/06/qa-protecting-nation-foreign-terrorist-entry-united-states.

41) Attached as Exhibit LL is a true and correct copy of an article posted on YAHOO.COM, entitled "Iran keeps ban on US visitors in response to Trump order," March 7, 2017. I accessed the article on March 13, 2017 at https://www.yahoo.com/news/iran-keeps-ban-us-visitors-response-trump-order-104300662.html.

42) Attached as Exhibit MM is a true and correct copy of an article from WIRED by Issie Lapowsky, entitled "Online Petition to Ban Trump Is Now the UK's Most Popular," December 10, 2015. I accessed the article on March 13, 2017 at https://www.wired.com/2015/12/online-petition-to-ban-trump-is-now-the-uks-most-popular/.

43) Attached as Exhibit NN is a true and correct copy of the Joint Declaration of Madeleine K. Albright, *et al.*, submitted in *Washington v. Trump*, No. 17-35105 (9th Cir. 2017), ECF 28-2. I accessed the PACER docket containing this entry on March 13, 2017.

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                    7

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

44) Attached as Exhibit OO is a true and correct copy of an article from the Times by Jeffrey Gettleman, entitled "State Dept. Dissent Cable on Trump's Ban Draws 1,000 Signatures," January 31, 2017. I accessed the article on March 13, 2017 at https://www.nytimes.com/2017/01/31/world/americas/state-dept-dissent-cable-trump-immigration-order.html.

45) Attached as Exhibit PP is a true and correct copy of a report by the Department of Homeland Security's Office of Intelligence and Analysis, entitled "Most Foreign-born, US-based Violent Extremists Radicalized after Entering Homeland," March 1, 2017.  I accessed the report on March 13, 2017 at http://www.msnbc.com/rachel-maddow-show/trms-exclusive-dhs-document-undermines-trump-case-travel-ban.

46) Attached as Exhibit QQ is a true and correct copy of an article from CATO Institute by Alex Nowrasteh, entitled "Little National Security Benefit to Trump's Executive order on Immigration," January 25, 2017. I accessed the article on March 13, 2017 at https://www.cato.org/blog/little-national-security-benefit-trumps-executive-order-immigration.

47)  Attached as Exhibit RR is a true and correct copy of an article from CNN by Kelly Daniella Diaz, entitled "There are '13 or 14' more countries with questionable vetting procedures," March 7, 2017.  I accessed the article on March 13, 2017 at http://www.cnn.com/2017/03/06/politics/john-kelly-travel-ban-muslim-countries/.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Boston, MA on the 13th day of March, 2017.

By:

s/Kristin Macleod-Ball

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                8

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

1

2
Kristin Macleod-Ball
National Immigration Project of the National
3
Lawyers Guild
14 Beacon Street, Suite 602
4
Boston, MA 02108

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                    9

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for all Defendants.

Executed in Seattle, Washington, on March 13, 2017.

s/Glenda Aldana
Glenda M. Aldana Madrid, WSBA No. 46987
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8646
(206) 587-4025 (fax)

MACLEOD-BALL DECL. ISO PLS.'
TRO AND MOT. FOR PRELIM. INJ.
Case No. 2:17-cv-00135-JLR                    10

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611