1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  JUWEIYA ABDIAZIZ ALI, et. al.,         CASE NO. C17-0135JLR

11                    Plaintiffs,           ORDER GRANTING MOTION
                                            TO FILE AN AMICUS BRIEF
            v.
12
13  DONALD TRUMP, et al.,

14                    Defendants.

15      Before the court is the Washington State Labor Council's ("WSLC") motion

16  seeking leave to file an amicus curiae brief in support of Plaintiffs' motion for a

17  temporary restraining order.  (Mot. (Dkt. # 75); *see also* TRO Mot. (Dkt. # 9).)

18  Specifically, WSLC's amicus brief will address "the impacts of the most recent

19  Executive Order on the members of unions across a wide range of industries and the

20  irreparable harm suffered by those workers in Washington if the Executive Order is not

21  enjoined."  (Mot. at 3.)  The court has stayed its consideration of Plaintiffs' motion for a

22  temporary restraining order.  (Order (Dkt. # 79).)  Accordingly, although the court

ORDER - 1

1  GRANTS WSLC's motion for leave to file an amicus brief (Dkt. # 75), the court will
2  consider WSLC's amicus brief only if the court lifts the stay on Plaintiffs' motion and
3  considers whether to enter a temporary restraining order.
4      Dated this 30th day of March, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2