UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUWEIYA ABDIAZIZ ALI, et al.,<br><br>               Plaintiffs,<br>   v.<br><br>DONALD TRUMP, et al.,<br><br>               Defendants. | CASE NO. C17-0135JLR<br><br>ORDER REGARDING THE FILING OF AMICUS BRIEFS |

From the date this order is entered, the following procedures shall apply to the filing of any amicus curiae brief in this proceeding. No one shall file an amicus curiae brief unless the brief is accompanied by a motion seeking the court's permission to do so. The proposed amicus curiae brief shall be attached as an exhibit to the motion seeking leave to file the brief. The purpose of requiring a motion for leave to file an amicus curiae brief is so that the court can analyze whether a proposed amicus curiae brief would provide unique or helpful information beyond what the parties can provide. *See, e.g.*, *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 335 F. Supp. 2d 1061, 1067 (N.D.

ORDER - 1

Cal. 2005) (stating that district courts may consider amicus briefs "concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties can provide" (internal quotations omitted)).  At least one attorney who is admitted to practice in this court shall sign the motion seeking leave to file the amicus curiae brief, as well as the amicus brief itself.  Finally, the motion seeking leave to file an amicus curiae brief shall specifically identify the pending motion to which the amicus curiae brief relates.  If no motion is presently pending, the court is unlikely to grant leave to file an amicus curiae brief.

It is so ORDERED.

Dated this 30th day of March, 2017.

JAMES L. ROBART
United States District Judge