1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  JUWEIYA ABDIAZIZ ALI, et al.,

11                    Plaintiffs,
          v.
12
13  DONALD TRUMP, et al.,

14                    Defendants.

CASE NO. C17-0135JLR

ORDER SCHEDULING LOCAL
RULE LCR 7(I) TELEPHONE
CONFERENCE

15      Before the court is Defendants' March 30, 2017, motion for an extension of time

16  to respond to Plaintiffs' amended complaint (Am. Compl. (Dkt. # 52)) and second motion

17  for class certification (2d Class Cert. Mot. (Dkt. # 58)) until ten (10) days after the court

18  resolves Defendants' pending motion to stay the entire proceeding. (*See* Mot. for Ext.

19  (Dkt. # 86); *see also* Mot. to Stay (Dkt. # 85).) In addition, on March 30, 2017,

20  Defendants requested that the court schedule a telephonic conference on March 31, 2017,

21  under Local Rule LCR 7(i), with respect to their motion for an extension of time. *See*

22  Local Rules W.D. Wash. LCR 7(i). The court is unavailable for a telephone conference

ORDER - 1

until Wednesday, April 5, 2017.  Accordingly, the court grants Defendants a short-term extension of time for their responses to Plaintiffs' amended complaint and second motion for class certification through Wednesday, April 5, 2017.  The court further schedules a telephone conference for 10:00 a.m., Pacific Daylight Time ("PDT"), on April 5, 2017, at which time the court will consider Defendants' motion to extend the two deadlines at issue to ten (10) days after the court resolves Defendants' pending motion to stay.  Finally, the court directs Plaintiffs to file their response to Defendants' motion for an extension of time no later than 12:00 noon, PDT, on Tuesday, April 4, 2017.  Defendants shall not file a reply memorandum.  *See id.* ("[W]hat procedural requirements will be imposed, . . . are within the sole discretion of the court.").  The telephone conference shall be conducted in the undersigned judge's courtroom.  Any counsel who prefers to appear in person, rather than via telephone, is authorized (but not required) to do so.

Dated this 31st day of March, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge