The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUWEIYA ABDIAZIZ ALI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, et al., <br><br> Defendants. | Case No. 2:17-cv-00135-JLR <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR SUBMITTING JOINT STATUS REPORT |

The Court, having considered the parties' stipulation to extend the deadline for (Dkt. # 96), submitting their joint status report, hereby ORDERS that the status report is now due on July 14, 2017.

Dated this 23rd day of June, 2017.

_____
HON. JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND DEADLINE
FOR SUBMITTING JOINT STATUS REPORT

U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
(202) 305-7171