# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JUWEIYA ABDIAZIZ ALI, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0135JLR <br><br> ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND THE STAY |

Before the court is the stipulated motion of the parties to extend the stay of proceedings in this case.[1] (Stip. Mot. (Dkt. # 102).) The parties ask the court to extend the stay until the Ninth Circuit Court of Appeals enters a ruling in *Hawaii v. Trump*, No. 17-17168 (9th Cir.), the appeal of the preliminary injunction of certain provisions of Presidential Proclamation 9,645, entitled "Enhancing Vetting Capabilities and Processes

---

[1] The parties note this stipulated motion for November 14, 2017. (*See* Dkt. Entry # 102.) However, because the motion is stipulated, the parties should have noted it for October 31, 2017—the day they filed the motion. *See* Local Rules W.D. Wash. LCR 7(d)(1) ("Stipulated motions . . . shall be noted for consideration for the day they are filed.").

for Detecting Attempted Entry into the United States by Terrorists or Other Public-Safety Threats," 82 Fed. Reg. 45,161 (Sept. 27, 2017), which was entered in *Hawaii v. Trump*, ---- F. Supp. 3d ----, 2017 WL 4639560 (D. Haw. Oct. 17, 2017). (Stip. Mot. at 1.)

For the reasons stated in the stipulated motion, as well as for the reasons stated by this court in *Washington v. Trump*, No. C17-0141JLR, Dkt. # 209, the court hereby GRANTS the parties' stipulated motion (Dkt. # 102) to extend the stay of proceedings herein. The court ORDERS the stay to remain in effect until such time as the Ninth Circuit rules on the appeal of the preliminary injunction in *Hawaii v. Trump*, No. 17-17168 (9th Cir.). The court further ORDERS the parties to file a joint status report within seven (7) days of such a ruling by the Ninth Circuit or any other event that warrants the court's reconsideration of the stay. In addition, if either party believes that circumstances have changed such that the court should lift the stay, the party may so move at any time.

Dated this 1st day of November, 2017.

JAMES L. ROBART
United States District Judge