District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUWEIYA ABDIAZIZ ALI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | No. 2:17-cv-00135-JLR <br><br> [PROPOSED] ORDER GRANTING THE STIPULATED MOTION FOR EXTENSION OF STAY OF PROCEEDINGS |

## INTRODUCTION

Upon consideration of the parties joint stipulated motion for extension of stay of proceedings, and in light of the Supreme Court's decision granting the petition for certiorari in *Trump v. Hawaii*, No. 17A550, this Court hereby GRANTS the stipulated motion for extension of stay of proceedings in this case. The parties shall file a joint status report with ten days of the Supreme Court's resolution of the matter in *Trump v. Hawaii*, No. 17A550, ___ S. Ct. ___ 2017 WL 5987406 (Dec 4, 2017).

**IT IS SO ORDERED.**

**DATED this** __23rd__ **day of** __January__, **2018.**

_____
**JAMES L. ROBART**
**UNITED STATES DISTRICT JUDGE**

[PROPOSED] ORDER
STIPULATED MOTION TO EXTENSION OF STAY - 1
(2:17-cv-00135-JLR)

U.S. DEPARTMENT OF JUSTICE
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20001
(202) 598-2445

**Presented this 23rd day of March, 2018, by:**

s/Matt Adams
Matt Adams, WSBA No. 28287
**Northwest Immigrant Rights Project**
*Counsel for Plaintiffs*

[PROPOSED] ORDER
STIPULATED MOTION TO EXTENSION OF STAY - 2
(2:17-cv-00135-JLR)

U.S. DEPARTMENT OF JUSTICE
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20001
(202) 598-2445