Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Juweiya Abdiaziz ALI, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Donald TRUMP, et al.,<br><br>  Defendants. | Case No.: 2:17-cv-00135-JLR<br><br>**PLAINTIFFS' UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Juweiya Abdiaziz Ali and her son A.F.A., Reema Khaled Dahman and her son G.E., and Ahmed Mohammed Ahmed Ali and his daughter E.A. hereby move the Court to dismiss the above-captioned action as to all parties and claims. Such dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Counsel for Defendants have advised they do not oppose this motion.

DATED this 17th day of September, 2018.

Respectfully submitted,

s/Matt Adams
Matt Adams, WSBA No. 28287

s/Glenda Aldana
Glenda M. Aldana Madrid, WSBA No. 46987

s/Mary Kenney
Mary Kenney, admitted *pro hac vice*

AMERICAN IMMIGRATION COUNCIL
1331 G Street, NW, Suite 200
Washington, D.C. 20005

NOT. OF VOL. DISMISS.
Case No. 2:17-cv-00135-JLR         - 1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

*s/Maria Lucia Chavez*  (202) 507-7512
Maria Lucia Chavez, WSBA No. 43826  (202) 742-5619 (fax)

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)


*s/Trina Realmuto*
Trina Realmuto, admitted *pro hac vice*

*s/Kristin Macleod-Ball*
Kristin Macleod-Ball, admitted *pro hac vice*

AMERICAN IMMIGRATION COUNCIL
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600
(202) 742-5619 (fax)


*Attorneys for Plaintiffs*

NOT. OF VOL. DISMISS.
Case No. 2:17-cv-00135-JLR    - 2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

## **CERTIFICATE OF SERVICE**

I, Sydney Maltese, hereby certify that on September 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for all Defendants.

Executed in Seattle, Washington, on September 17, 2018.

*[signature]*

Sydney Maltese, paralegal to Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)

MOT. FOR VOL. DISMISS.
Case No. 2:17-cv-00135-JLR - 3

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611