Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Juweiya Abdiaziz ALI, et al., | Case No.: 2:17-cv-00135-JLR |
| Plaintiffs, | |
| v. | **PLAINTIFFS' AMENDED UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL** |
| Donald TRUMP, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Juweiya Abdiaziz Ali and her son A.F.A., Reema Khaled Dahman and her son G.E., Jaffer Akhlaq Hussain, Seyedehfatemeh Hamedani, Ahmed Mohammed Ahmed Ali and his daughter E.A., Olad Issa Omar and his children Faduma Olad Issa, F.O.I, and S.O.I. hereby move the Court to dismiss the above-captioned action as to all parties and claims. Such dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Counsel for Defendants have advised they do not oppose this motion.

DATED this 20th day of September, 2018.

Respectfully submitted,

1

2

*s/Matt Adams*
Matt Adams, WSBA No. 28287

*s/Mary Kenney*
Mary Kenney, admitted *pro hac vice*

3

4

s/*Glenda Aldana*
Glenda M. Aldana Madrid, WSBA No. 46987

AMERICAN IMMIGRATION COUNCIL
1331 G Street, NW, Suite 200
Washington, D.C. 20005
(202) 507-7512
(202) 742-5619 (fax)

5

*s/Maria Lucia Chavez*
Maria Lucia Chavez, WSBA No. 43826

6

7

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)

8

9

10

11

*s/Trina Realmuto*
Trina Realmuto, admitted *pro hac vice*

12

13

*s/Kristin Macleod-Ball*
Kristin Macleod-Ball*, admitted *pro hac vice*

14

15

AMERICAN IMMIGRATION COUNCIL
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600
(202) 742-5619 (fax)

16

17

18

19

*Attorneys for Plaintiffs*

20

21

22

23

24

25

26

27

28

NOT. OF VOL. DISMISS.
Case No. 2:17-cv-00135-JLR                    - 2 -

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611

**<u>CERTIFICATE OF SERVICE</u>**

I, Sydney Maltese, hereby certify that on September 20th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for all Defendants.


Executed in Seattle, Washington, on September 20th, 2018.

Sydney Maltese, paralegal to Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)